UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, <br> AFL-CIO <br> 1300 L Street, N.W. <br> Washington, D.C. 20005, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL POSTAL MAIL HANDLERS' <br> UNION, A DIVISION OF LABORERS' <br> INTERNATIONAL UNION OF NORTH <br> AMERICA, AFL-CIO <br><br> Defendant <br> and <br><br> UNITED STATES POSTAL SERVICE, <br> 475 L'Enfant Plaza, S.W. <br> Washington, D.C. 20260, <br><br> <u>Necessary Party</u> | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07CV00003 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On January 4, 2007, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

True copies of the signed return receipts are attached.

Dated: 01/31/07

_____
Talaia Lewis

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Samuel J. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  JAN 0 8  C. Date of Delivery 1/8/07 |
| 1. Article Addressed to:<br><br>Civil Process Clerk at Office of<br>United States Attorney<br>District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540