UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>          Plaintiff,<br>v.<br><br>NATIONAL POSTAL MAIL HANDLERS' UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO<br><br>          Defendant<br>    and<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>          <u>Necessary Party</u> | Civil Action No. 1:07CV00003 |

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On January 4, 2007, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

> John F. Hegarty, National President
> National Postal Mail Handlers Union,
> 1101 Connecticut Avenue, N. W. Suite 500
> Washington DC 20036

True copies of the signed return receipts are attached.

Dated: 01/31/07

                                                                                        Talaia Lewis

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Shields  C. Date of Delivery 1/5/07 |
| 1. Article Addressed to:<br><br>John F. Hegarty, National President<br>National Postal Mail Handlers Union<br>1101 Connecticut Avenue, NW<br>Washington, Dc 20036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 7244 3189 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540