UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO 1300 L Street, N.W. Washington, D.C. 20005,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL POSTAL MAIL HANDLERS' UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO<br><br>Defendant<br><br>and<br><br>UNITED STATES POSTAL SERVICE, 475 L'Enfant Plaza, S.W. Washington, D.C. 20260,<br><br>Necessary Party | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07CV00003<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty

of perjury that the following is true:

On January 4, 2007, the following party was served with the summons and complaint in this

matter by certified mail, return receipt requested, as follows:

United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

True copies of the signed return receipts are attached.

Dated: 01/31/07

Talaia Lewis



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0000 7244 3110
Status: **Delivered**

Your item was delivered at 12:53 PM on January 5, 2007 in WASHINGTON, DC 20260.

( Additional Details > )    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

---

POSTAL INSPECTORS         site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

*UNITED STATES*
**POSTAL SERVICE**®

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0000 7244 3110
Detailed Results:

• **Delivered, January 05, 2007, 12:53 pm, WASHINGTON, DC 20260**
• **Acceptance, January 04, 2007, 5:16 pm, WASHINGTON, DC 20043**

( < **Back** )        ( *Return to USPS.com Home* > )

-----------

**Track & Confirm**

Enter Label/Receipt Number.

( *Go* > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( *Go* > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy