# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| American Postal Workers Union | ) ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER 07-cv-00003 |
| National Postal Mail Handlers Union, et al. | ) ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Bruce R. Lerner__ as counsel in this
(Attorney's Name)

case for: __National Postal Mail Handlers Union__
(Name of party or parties)

February 13, 2007
Date

384757
BAR IDENTIFICATION

_Bruce R. Lerner_ (signature)
Signature

Bruce R. Lerner
Print Name

Bredhoff & Kaiser, 805 15th St NW
Address

Washington, DC                    20005
City          State                Zip Code

(202) 842-2600
Phone Number