# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| American Postal Workers Union | ) ) ) ) | **APPEARANCE** |
| vs. | ) ) | CASE NUMBER   07-cv-00003 |
| National Postal Mail Handlers Union, et al. | ) ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Robert Alexander**  as counsel in this
(Attorney's Name)

case for:  **National Postal Mail Handlers Union**
(Name of party or parties)

February 13, 2007
Date

465673
BAR IDENTIFICATION

*[Signature]*
Signature

Robert Alexander
Print Name

Bredhoff & Kaiser, 805 15th St NW
Address

Washington, DC          20005
City          State          Zip Code

(202) 842-2600
Phone Number