AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| American Postal Workers Union | ) ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER  07-cv-00003 |
| National Postal Mail Handlers Union, et al. | ) ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Dora V. Chen  as counsel in this
 (Attorney's Name)

case for:  National Postal Mail Handlers Union
 (Name of party or parties)

February 13, 2007
Date

*[signature]*
Signature

485200
BAR IDENTIFICATION

Dora V. Chen
Print Name

Bredhoff & Kaiser, 805 15th St NW
Address

Washington, DC          20005
City        State       Zip Code

(202) 842-2600
Phone Number