**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.  1:07-CV-00003 |
| NATIONAL POSTAL MAIL HANDLERS UNION, et al., | : : : | |
| Defendants. | : | |

**MOTION TO EXTEND DUE DATE FOR JOINT RULE 16.3 STATEMENT**
**AND TO CONTINUE STATUS CONFERENCE**

The parties' met and conferred on March 29, 2007, in accordance with Rule 16.3(c).  The Joint Rule 16.3 statement is due to be filed on April 3, 2007, and the Court has set a status conference on April 10, 2007, at 9:45 a.m.  The parties are scheduled to have a National Dispute Resolution Committee meeting on April 16, 2007, and have agreed to have an off-the-record discussion on that date in an effort to resolve some or all the matters in this action.  The parties therefore ask the Court to extend the due date for filing the Joint Rule 16.3 Statement until May 1, 2007, and to reschedule the status conference to a date soon thereafter at the convenience of the Court.  A proposed order is annexed.

Respectfully submitted,

  /s/  Dora V. Chen                                                          /s/  Anton G. Hajjar
Bruce R. Lerner (D.C. Bar No. 384757)          Anton G. Hajjar (D.C. Bar No. 359267)
Robert Alexander (D.C. Bar No. 465673)         O'Donnell, Schwartz & Anderson, P.C.
Dora V. Chen (D.C. Bar No. 485200)             1300 L Street, NW, Suite 200
Bredhoff & Kaiser, P.L.L.C.                    Washington, DC 20005-4178
805 Fifteenth Street, N.W.                     (202) 898-1707
Washington, D.C. 20005
(202) 842-2600                                 *Attorney for Plaintiff American Postal*
                                               *Workers Union*

*Attorneys for Defendant National*

*Postal Mail Handlers Union*

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

Of Counsel:

Dennis Szybala, Esq.
United States Postal Service

Dated: March 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, : <br> AFL-CIO, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NATIONAL POSTAL MAIL HANDLERS : <br> UNION, et al., : <br> : <br> Defendants. : | Civil Action No. 1:07-CV-00003 |

## **ORDER**

The matter came before the Court on the parties' Motion to Extend Due Date for Joint Rule 16.3 Statement and to Continue Status Conference.

For good cause shown, it is **ORDERED** that the parties' motion is **GRANTED**.

It is further **ORDERED** that the Status Conference of April 10, 2007, is adjourned, that the parties will submit a Joint Rule 16.3 Statement on or before May 1, 2007, and that the parties are to appear at a Status Conference on May __ at ____.

_____
Paul Friedman
United States District Judge