IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NATIONAL POSTAL MAIL HANDLERS UNION, et al., : <br> : <br> Defendants. : | Civil Action No. 1:07-CV-00003 |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT AND TO CONTINUE STATUS CONFERENCE**

The parties, by counsel, jointly request that the Court extend the date by which their Local Rule 16.3 Report is due by one month, until June 1, 2007, as well as request that the Court continue the status conference currently scheduled for May 18, 2007. In support of their request, the parties state the following.

As stated in their previous motion for extension of time (Dkt. 11), the parties held an off-the-record settlement discussion on April 16, 2007. The parties had a productive and good-faith discussion of the issues presented in this lawsuit, and have scheduled another meeting for further settlement discussions to take place on May 14, 2007. After the May 14 meeting is held, the parties are likely to know whether they are able to narrow the issues involved or settle this lawsuit entirely, or are unable to reach a resolution of this case and will proceed with the litigation.

Accordingly, in the interest of conserving both the Court's and the parties' resources, the parties respectfully request that the Court extend the date by which the parties' Local Rule 16.3 Report is due until June 1, 2007, and continue the status conference scheduled for May 18, 2007.

  A proposed Order is attached.

                    Respectfully submitted,

| | |
|---|---|
| /s/  Anton G. Hajjar | /s/  Robert Alexander |
| Anton G. Hajjar (D.C. Bar No. 359267) | Bruce R. Lerner (D.C. Bar No. 384757) |
| O'Donnell, Schwartz & Anderson, P.C. | Robert Alexander (D.C. Bar No. 465673) |
| 1300 L Street, NW, Suite 200 | Dora V. Chen (D.C. Bar No. 485200) |
| Washington, DC 20005-4178 | Bredhoff & Kaiser, P.L.L.C. |
| (202) 898-1707 | 805 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| *Attorney for Plaintiff American Postal Workers Union* | (202) 842-2600 |
| | *Attorneys for Defendant National Postal Mail Handlers Union* |

/s/ Jeffrey A. Taylor /bmr
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

*Of Counsel*:

Dennis Szybala, Esq.
United States Postal Service

*Attorneys for the United States Postal Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:07-CV-00003 |
| NATIONAL POSTAL MAIL HANDLERS UNION, et al., | : : : | |
| Defendants. | : | |

## **ORDER**

The matter came before the Court on the parties' Motion to Extend Due Date for Joint Rule 16.3 Statement and to Continue Status Conference.

For good cause shown, it is **ORDERED** that the parties' motion is **GRANTED**.

It is further **ORDERED** that the Status Conference of May 18, 2007, is adjourned, that the parties will submit a Joint Rule 16.3 Statement on or before June 1, 2007, and that the parties are to appear at a Status Conference on June __ at ____.

_____
Paul L. Friedman
United States District Judge