# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 1:07-CV-00003 |
| NATIONAL POSTAL MAIL HANDLERS UNION, et al., | : : : : |
| Defendants. | : |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 16.3 REPORT**

The parties, by counsel, jointly request that the Court extend the date by which their Local Rule 16.3 Report is due, from June 1, 2007 until June 7, 2007, because the parties have agreed to settle certain matters and execute a stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1). The parties, however, are unable to execute the Stipulation for Dismissal by tomorrow, the date on which the Rule 16.3 Report is due, but intend to file it with the Court on or before June 7, 2007. The parties will file the stipulation of dismissal prior to the Court's scheduled pretrial status conference of June 8, 2007.

Accordingly, the parties respectfully request the Court to vacate its prior Order and allow the parties to file a Rule 16.3 report, if necessary, on or before June 7, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ Anton G. Hajjar | /s/ Robert Alexander |
| Anton G. Hajjar (D.C. Bar No. 359267) | Bruce R. Lerner (D.C. Bar No. 384757) |
| O'Donnell, Schwartz & Anderson, P.C. | Robert Alexander (D.C. Bar No. 465673) |
| 1300 L Street, NW, Suite 200 | Dora V. Chen (D.C. Bar No. 485200) |
| Washington, DC 20005-4178 | Bredhoff & Kaiser, P.L.L.C. |
| (202) 898-1707 | 805 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |

| | |
|---|---|
| *Attorney for Plaintiff American Postal Workers Union* | (202) 842-2600 |
| | *Attorneys for Defendant National Postal Mail Handlers Union* |

/s/ Jeffrey A. Taylor /bmr
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

*Of Counsel*:

Dennis Szybala, Esq.
United States Postal Service


*Attorneys for the United States Postal Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.  1:07-CV-00003 |
| NATIONAL POSTAL MAIL HANDLERS UNION, et al., | : : : | |
| Defendants. | : | |

**ORDER**

The matter came before the Court on the parties' Motion to Extend Due Date for Joint Rule 16.3 Statement and to Continue Status Conference.

For good cause shown, it is **ORDERED** that the parties' motion is **GRANTED**.

It is further **ORDERED** that the Status Conference of June 1, 2007, is adjourned, that the parties will submit a Joint Rule 16.3 Statement on or before June 7, 2007, and that the parties are to appear at a Status Conference on June __ at ____.

_____
Paul L. Friedman
United States District Judge