IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 1:07-CV-00003 |
| NATIONAL POSTAL MAIL HANDLERS UNION, et al., : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL**

Plaintiff American Postal Workers Union, by and through its attorneys of record, and Defendants National Postal Mail Handlers Union and the United States Postal Service, by and through their attorneys of record, being all the parties to the above-referenced civil action, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby agree that this action should be dismissed without prejudice, with all parties to bear their respective costs and attorney's fees.

Respectfully submitted,

/s/ Anton G. Hajjar
Anton G. Hajjar (D.C. Bar No. 359267)
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 200
Washington, DC 20005-4178
(202) 898-1707

*Attorney for Plaintiff American Postal Workers Union*

/s/ Robert Alexander
Bruce R. Lerner (D.C. Bar No. 384757)
Robert Alexander (D.C. Bar No. 465673)
Dora V. Chen (D.C. Bar No. 485200)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 842-2600

*Attorneys for Defendant National Postal Mail Handlers Union*

/s/ Jeffrey A. Taylor /bmr
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

*Of Counsel*:

Dennis Szybala, Esq.
United States Postal Service


*Attorneys for the United States Postal Service*